No. A–498. SMITH *v.* ARMONTROUT, WARDEN, *ante,* p. 1039. Motion of the Missouri Capital Punishment Resource Center for leave to intervene as next friend and for reconsideration of application for stay of execution denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the motion and the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

## JANUARY 22, 1990

No. 89–400. LUCAS ET AL. *v.* TOWNSEND, PRESIDENT OF THE BIBB COUNTY BOARD OF EDUCATION, ET AL. Affirmed on appeal from D. C. M. D. Ga.

No. — – ——. FALLIN *v.* CUNNINGHAM ET AL. Motion for leave to file copies of petition for writ of certiorari and appendix separately and out of time denied. JUSTICE BLACKMUN would grant the motion.

No. — – ——. GRANVIEL *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. — – ——. LINDSEY *v.* LOUISIANA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. — – ——. MITCHELSON *v.* KEMMERER COAL CO. ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–488. NELSON *v.* JONES. Super. Ct. Alaska, 1st Jud. Dist. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.